# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **MELISSA D. DEEL,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:17CV00048 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **NANCY A. BERRYHILL,** | ) | By: James P. Jones |
| **ACTING COMMISSIONER** | ) | United States District Judge |
| **OF SOCIAL SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed January 31, 2019, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Motion for Summary Judgment by the Acting Commissioner of Social Security is GRANTED;

3. The Motion for Summary Judgment by the plaintiff is DENIED.

4. A final judgment will be entered herewith.

ENTER: February 22, 2019

/s/ James P. Jones
United States District Judge